# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MASSACHUSETTS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| 1ST NEW ENGLAND MORTGAGE | § | Case No. 14-15829 |
| CORPORATION | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEWART F. GROSSMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,925.17
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  82,008.59

Claims Discharged
Without Payment:  1,996,636.62

Total Expenses of Administration:  120,105.21

3) Total gross receipts of $ 202,113.80  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 202,113.80  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 120,105.21 | 120,105.21 | 120,105.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 21,186.49 | 21,186.49 | 21,186.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,212,948.79 | 1,103,336.71 | 844,509.93 | 60,822.10 |
| **TOTAL DISBURSEMENTS** | $ 1,212,948.79 | $ 1,244,628.41 | $ 985,801.63 | $ 202,113.80 |

4)  This case was originally filed under chapter 7 on  12/19/2014 .  The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/19/2018                              By:/s/STEWART F. GROSSMAN, TRUSTEE
                                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK OF AMERICA CHECKING OPERATING ACCOUNT 6053 | 1129-000 | 1,763.80 |
| 2014 INCOME TAX REFUND NEW HAMPSHIRE | 1224-000 | 350.00 |
| ADVERSARY PROCEEDING 16-01129 Grossman v Black | 1241-000 | 200,000.00 |
| TOTAL GROSS RECEIPTS | | $202,113.80 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stewart F. Grossman - MA | 2100-000 | NA | 13,355.69 | 13,355.69 | 13,355.69 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 84.85 | 84.85 | 84.85 |
| Associated Bank | 2600-000 | NA | 250.00 | 250.00 | 250.00 |
| Clerk U.S. Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Commonwealth of Massachusetts | 2820-000 | NA | 456.00 | 456.00 | 456.00 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 2820-000 | NA | 456.00 | 456.00 | 456.00 |
| Posternak Blankstein & Lund LLP | 3110-000 | NA | 79,336.50 | 79,336.50 | 79,336.50 |
| Posternak Blankstein & Lund LLP | 3120-000 | NA | 2,893.16 | 2,893.16 | 2,893.16 |
| VERDOLINO & LOWEY, P.C. | 3410-000 | NA | 19,644.00 | 19,644.00 | 19,644.00 |
| VERDOLINO & LOWEY, P.C. | 3420-000 | NA | 3,279.01 | 3,279.01 | 3,279.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 120,105.21 | $ 120,105.21 | $ 120,105.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CITY OF NEWTON | 5800-000 | NA | 91.50 | 91.50 | 91.50 |
| | COMMONWEALTH OF MASSACHUSETTS | 5800-000 | NA | 1,934.00 | 1,934.00 | 1,934.00 |
| 6A | MASSACHUSETTS DEPARTMENT OF REVENUE | 5800-000 | NA | 17,738.99 | 17,738.99 | 17,738.99 |
| 5A | RHODE ISLAND DIVISION | 5800-000 | NA | 500.00 | 500.00 | 500.00 |
| | State Of Rhode Island | 5800-000 | NA | 922.00 | 922.00 | 922.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 21,186.49 | $ 21,186.49 | $ 21,186.49 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 360001 Fort Lauderdale, FL 33336 | | 0.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982238 El Paso, TX 79998 | | 3,642.76 | NA | NA | 0.00 |
| | CitiMortgage, Inc. REL Repurchase 1000 Technology Drive / MS 585 O Fallon, MO 63368 | | 0.00 | NA | NA | 0.00 |
| | City of Newton Assessors' Office 1000 Commonwealth #116 Newton Center, MA 02459 | | 91.88 | NA | NA | 0.00 |
| | City of Scottsdale Tax and License P.O. Box 1570 Scottsdale, AZ 85252-1570 | | 50.00 | NA | NA | 0.00 |
| | CT Corporation c/o Madison Corporate Team 1 Madison Corporate Service Center 8020 Excelsior Drive, Suite 200 Madison, WI 53717 | | 568.00 | NA | NA | 0.00 |
| | David W. Black 181 Wells Avenue Suite 105 Newton, MA 02459 | | 124,456.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earthlink Business c/o Transworld Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | 23,752.28 | NA | NA | 0.00 |
| | EZ Storage - Newton 300 Needham Street Newton Upper Falls, MA 02464 | | 0.00 | NA | NA | 0.00 |
| | Iron Mountain 1000 Campus Drive Collegeville, PA 19426 | | 0.00 | NA | NA | 0.00 |
| | Lehman Brothers Holdings, Inc. c/o Locke Lord LLP 2200 Ross Avenue Suite 2200 Dallas, TX 75201-6776 | | 944,375.47 | NA | NA | 0.00 |
| | MSA Mortgage 5 Fremont Street Winthrop, MA 02152 | | 575.00 | NA | NA | 0.00 |
| | National Registered Agents, Inc. c/o NRAI Service Group Denver 1675 Broadway Suite 1200 Denver, CO 80202 | | 567.00 | NA | NA | 0.00 |
| | Todd & Weld LLP One Federal Street Boston, MA 02110 | | 78,912.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers c/o Receivable Management Services 77 Hartland Street, Suite 401 P.O. Box 280431 East Hartford, CT 06128-0431 | | 48.01 | NA | NA | 0.00 |
| | United Wholesale Mortgage 1414 East Maple Road, 2nd Floor Troy, MI 48083 | | 6,528.89 | NA | NA | 0.00 |
| | United Wholesale Mortgage 1414 East Maple Road, 2nd Floor Troy, MI 48083 | | 2,802.65 | NA | NA | 0.00 |
| | United Wholesale Mortgage 1414 East Maple Road, 3rd Floor Troy, MI 48083 | | 1,065.30 | NA | NA | 0.00 |
| | Verizon P.O. Box 15124 Albany, NY 12212-5124 | | 0.00 | NA | NA | 0.00 |
| | Vonage America 23 Main Street Holmdel, NJ 07733-2136 | | 0.00 | NA | NA | 0.00 |
| | XO Communications c/o Access Receivables Management P.O. Box 1377 Cockeysville, MD 21030-9998 | | 1,300.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | XO Communications c/o JSD Management Inc. 1283 College Park Dr. Dover, DE 19904-8713 | | 24,212.40 | NA | NA | 0.00 |
| 2 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 7100-000 | NA | 4,184.18 | 4,184.18 | 301.35 |
| 4 | EAST-WEST ENTERPRISES CO., LTD. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | LEHMAN BROTHERS HOLDINGS, INC. | 7100-000 | NA | 1,012,909.78 | 754,083.00 | 54,309.50 |
| 6B | Massachusetts Department Of Revenue | 7100-000 | NA | 4,080.00 | 4,080.00 | 293.84 |
| 5B | RHODE ISLAND DIVISION | 7100-000 | NA | 3,250.00 | 3,250.00 | 234.07 |
| 1 | TODD & WELD LLP | 7100-000 | NA | 78,912.75 | 78,912.75 | 5,683.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,212,948.79 | $ 1,103,336.71 | $ 844,509.93 | $ 60,822.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15829 | JNF | Judge: | Honorable Joan N. Feeney | Trustee Name: | STEWART F. GROSSMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | 1ST NEW ENGLAND MORTGAGE CORPORATION | | | | Date Filed (f) or Converted (c): | 12/19/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 12/19/2018 | | | | Claims Bar Date: | 04/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  BANK OF AMERICA CHECKING OPERATING ACCOUNT 6053 | 1,106.34 | 1,106.34 | | 1,763.80 | FA |
| 2.  BANK OF AMERICA SAVINGS ACCOUNT 4481 | 702.27 | 0.00 | | 0.00 | FA |
| 3.  BANK OF AMERICA CHECKING PAYROLL ACCOUNT 4653 | 15.07 | 15.07 | | 0.00 | FA |
| 4.  SECURITY DEPOSITS WITH LANDLORD | 3,207.83 | 3,207.83 | | 0.00 | FA |
| 5.  OFFICE EQUIPMENT AND FURNITURE | 0.00 | 0.00 | | 0.00 | FA |
| 6.  ADVERSARY PROCEEDING 16-01129 Grossman v Black (u) | 1,762,000.00 | 1,762,000.00 | | 200,000.00 | FA |
| 7.  2014 INCOME TAX REFUND NEW HAMPSHIRE (u) | 0.00 | 350.00 | | 350.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,767,031.51 | $1,766,679.24 | | $202,113.80 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/12/2018 TFR filed
03/22/18 -  Final tax return filed.
01/24/18 – Lehmer settlement approved. Claim objection sustained. U&L doing final tax return.
10/02/17 – Claim issue with Lehmer being negotiated. Other claim objections being drafted.
06/26/17 – Settlement approved. Need review claims. Drafting interim fee application.
05/08/17 – Motion approval settlement filed.
05/04/17 Settlement check received.  Stop bank fees as funds ernest money pending conclusion of settlement.
3/08/17 –  Hearing preliminary injunction 3/21; responding to settlement offer.
12/12/16 -  Good evidence found. Doing asset search.
10/05/16 – Answer filed. Scheduling 26(f) conference.
08/16/16 – Complaint filed. Answer due 8/18
06/29/16 – Drafting complaint against Black.
05/03/16 – Documents received. Schedule exam and _____.
03/17/16 – Rule 2004 allowed. Documents promised by 3/18.
01/22/16 – Doing Rule 2004 first.
12/23/15 – JK drafting complaint.
11/16/15 – No change.
09/22/15 – No change.
08/03/15 - No change.
07/01/15 – Still investigating.
03/31/15 -  Possible claim against principal.
03/09/15 – Continued to March 11.
01/28/15 -  Continued to March 5 at L&G.  More documents to be produced.
01/06/15 –  341 meeting January 27.  Documents requested.

RE PROP #        5   --   ZERO VALUE LISTED

RE PROP #        6   --   Demand: $1762000
                         Date Filed: 07/18/16
                         Nature[s] of Suit:    14   Recovery of money/property - other
                          13   Recovery of money/property - 548 fraudulent transfer
                          02   Other (e.g. other actions that would have been brought in state court if unrelated
                         to bankruptcy)

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-15829

Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION

Taxpayer ID No: XX-XXX6977

For Period Ending: 12/19/2018

Trustee Name: STEWART F. GROSSMAN, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0819

Checking

Blanket Bond (per case limit): $49,850,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/15 | 1 | 1ST NEW ENGLAND | CLOSE OUT OF BANK OF AMERICA ACCOUNT | 1129-000 | $1,763.80 | | $1,763.80 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,753.80 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,743.80 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,733.80 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,723.80 |
| 08/03/15 | 101 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | 2015-2016 Bond Payment | 2300-000 | | $0.90 | $1,722.90 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,712.90 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,702.90 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,692.90 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,682.90 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,672.90 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,662.90 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,652.90 |

Page Subtotals: $1,763.80    $110.90

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-15829 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE |
| Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0819 |
| | Checking |
| Taxpayer ID No: XX-XXX6977 | Blanket Bond (per case limit): $49,850,000.00 |
| For Period Ending: 12/19/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,642.90 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,632.90 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,622.90 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,612.90 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,602.90 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,592.90 |
| 08/10/16 | 102 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | Bond payment 2016 2017 Bond # 016027600 | 2300-000 | | $1.20 | $1,591.70 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,581.70 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,571.70 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,561.70 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,551.70 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,541.70 |

Page Subtotals:                    $0.00        $111.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15829 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE |
| Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0819 |
| | Checking |
| Taxpayer ID No: XX-XXX6977 | Blanket Bond (per case limit): $49,850,000.00 |
| For Period Ending: 12/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,531.70 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,521.70 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,511.70 |
| 05/04/17 | 6 | David Black 65 Whitman Rd. Needham MA 02492-1020 | SETTLEMENT IN ADVERSARY PROCEEDING 16-01129 | 1241-000 | $200,000.00 | | $201,511.70 |
| 08/01/17 | 103 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | First interim fee application 5/1/2015 to 7/1/2017 | 3110-000 | | $65,991.00 | $135,520.70 |
| 08/01/17 | 104 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | First interim fee application 5/1/2015 to 7/1/2017 | 3120-000 | | $2,337.56 | $133,183.14 |
| 08/03/17 | 105 | COMMONWEALTH OF MASSACHUSETTS Massachusetts Department of Revenue, Bankruptcy Unit P.O. Box 9564, Boston, MA 02114-9564. | MA FORMS 355S DECEMBER 31, 2014 | 5800-000 | | $752.00 | $132,431.14 |
| 08/03/17 | 106 | COMMONWEALTH OF MASSACHUSETTS Massachusetts Department of Revenue, Bankruptcy Unit P.O. Box 9564, Boston, MA 02114-9564. | MA FORMS 355S DECEMBER 31, 2015 | 5800-000 | | $661.00 | $131,770.14 |

| | | | Page Subtotals: | | $200,000.00 | $69,771.56 | |

Page: 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-15829
Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION

Trustee Name: STEWART F. GROSSMAN, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0819
Checking

Taxpayer ID No: XX-XXX6977
For Period Ending: 12/19/2018

Blanket Bond (per case limit): $49,850,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/03/17 | 107 | COMMONWEALTH OF MASSACHUSETTS Massachusetts Department of Revenue, Bankruptcy Unit P.O. Box 9564, Boston, MA  02114-9564. | MA FORMS 355S DECEMBER 31, 2016 | 5800-000 | | $521.00 | $131,249.14 |
| 08/03/17 | 108 | State Of Rhode Island Division Of Taxation Dept #89 P.O. Box 9702 Providence, RI 02940-9702 | RI Form RI-1120S December 31, 2014 | 5800-000 | | $922.00 | $130,327.14 |
| 09/14/17 | 109 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | Bond 016027600 | 2300-000 | | $82.75 | $130,244.39 |
| 09/20/17 | 7 | State of New Hampshire Office of the State Treasurer 25 Capital St. Concord, NH 03301 | 2014 INCOME TAX REFUND | 1224-000 | $350.00 | | $130,594.39 |
| 02/09/18 | 110 | Commonwealth of Massachusetts | 2017 INCOME TAXES | 2820-000 | | $456.00 | $130,138.39 |
| 10/12/18 | 111 | Stewart F. Grossman - MA POSTERNAK BLANKSTEIN & LUND LLP 800 BOYLSTON ST 32ND FLOOR BOSTON, MA  02199 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $13,355.69 | $116,782.70 |
| 10/12/18 | 112 | Clerk U.S. Bankruptcy Court  United States Bankruptcy Court  John W. McCormack Post Office and Court House 5 Post Office Square, Suite 1150 Boston, MA 02109-3945 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $116,432.70 |
| 10/12/18 | 113 | MASSACHUSETTS DEPARTMENT OF REVENUE BANKRUPTCY UNIT P.O. BOX BOSTON, MA 02114 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 2820-000 | | $456.00 | $115,976.70 |

Page Subtotals: $350.00   $16,143.44

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-15829
Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION

Taxpayer ID No: XX-XXX6977
For Period Ending: 12/19/2018

Trustee Name: STEWART F. GROSSMAN, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0819
Checking
Blanket Bond (per case limit): $49,850,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/18 | 114 | Posternak Blankstein & Lund LLP<br>Prudential Tower 32nd floor<br>800 Boylston Street<br>Boston, MA 02199 | Final distribution representing a payment of 16.82 % per court order. | 3110-000 | | $13,345.50 | $102,631.20 |
| 10/12/18 | 115 | Posternak Blankstein & Lund LLP<br>Prudential Tower 32nd floor<br>800 Boylston Street<br>Boston, MA 02199 | Final distribution representing a payment of 19.20 % per court order. | 3120-000 | | $555.60 | $102,075.60 |
| 10/12/18 | 116 | VERDOLINO & LOWEY, P.C.<br>124 Washington St<br>Suite101<br>Foxboro, MA 02035 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $19,644.00 | $82,431.60 |
| 10/12/18 | 117 | VERDOLINO & LOWEY, P.C.<br>124 Washington St<br>Suite101<br>Foxboro, MA 02035 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $3,279.01 | $79,152.59 |
| 10/12/18 | 118 | RHODE ISLAND DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | $500.00 | $78,652.59 |
| 10/12/18 | 119 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P.O. BOX<br>BOSTON, MA 02114 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $17,738.99 | $60,913.60 |
| 10/12/18 | 120 | CITY OF NEWTON<br>1000 COMMONWEALTH AVENUE<br>NEWTON, MA 02459 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $91.50 | $60,822.10 |
| 10/12/18 | 121 | TODD & WELD LLP<br>ONE FEDERAL STREET<br>BOSTON, MA 02110 | Final distribution to claim 1 representing a payment of 7.20 % per court order. | 7100-000 | | $5,683.34 | $55,138.76 |
| 10/12/18 | 122 | AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>C/O BECKET & LEE, LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 2 representing a payment of 7.20 % per court order. | 7100-000 | | $301.35 | $54,837.41 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals: $0.00   $61,139.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-15829 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE |
| Case Name: 1ST NEW ENGLAND MORTGAGE CORPORATION | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0819 |
| | Checking |
| Taxpayer ID No: XX-XXX6977 | Blanket Bond (per case limit): $49,850,000.00 |
| For Period Ending: 12/19/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/18 | 123 | LEHMAN BROTHERS HOLDINGS, INC. C/O JASON LEVI SANDERS, ESQ. LOCKE LORD LLP 2200 ROSS AVE., SUITE 2200 DALLAS, TX 75201 | Final distribution to claim 3 representing a payment of 7.20 % per court order. | 7100-000 | | $54,309.50 | $527.91 |
| 10/12/18 | 124 | RHODE ISLAND DIVISION OF TAXATION ONE CAPITOL HILL PROVIDENCE, RI 02908 | Final distribution to claim 5 representing a payment of 7.20 % per court order. | 7100-000 | | $234.07 | $293.84 |
| 10/12/18 | 125 | Massachusetts Department Of Revenue P O Box 9564 Boston, MA  02114 | Final distribution to claim 6 representing a payment of 7.20 % per court order. | 7100-000 | | $293.84 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $202,113.80 | $202,113.80 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $202,113.80 | $202,113.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $202,113.80 | $202,113.80 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $54,837.41 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0819 - Checking | $202,113.80 | $202,113.80 | $0.00 |
| | $202,113.80 | $202,113.80 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $202,113.80 |
| Total Gross Receipts: | $202,113.80 |